STATE OF NEW JERSEY v. LEONARD E. HATCH.

May 2, 1973. Petition for certification granted. (See 122 *N. J. Super.* 538).

BARBARA B. RAINEAR v. C. J. RAINEAR CO., INC.

May 2, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. EDWIN H. HELFANT.

May 2, 1973. Petition for certification denied.

JOHN F. DE ANGELO v. ALSAN MASONS, INC.

May 7, 1973. Petition for certification granted. (See 122 *N. J. Super.* 88).

GAETANO J. ALAIMO v. EDWARD K. BURDGE.

May 8, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. FLORIN DI PAGLIA.

May 15, 1973. Petition for certification granted.